# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DANITA HERNANDEZ-COLWASH

*Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security

*Defendant*

Civil Action No. 1:15-CV-03116-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment is GRANTED IN PART.
Defendant's Motion for Summary Judgment is DENIED.
This case is REMANDED for a de novo hearing before the Social Security Administration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peterson  on motions for Summary Judgment.

Date: June 17, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy